THOMAS M. KING et al., Respondents, *v.* REON BARNES, Impleaded, etc., Appellant.

SAME, Respondents, *v.* SAME, Appellant.

(Argued February 28, 1888; decided June 12, 1888.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 3, 1887, which affirmed an order of Special Term, giving "further directions" at the foot of the final judgment herein; also appeal from order of said General Term, which affirmed an order of Special, adjudging the appellant to be in contempt for refusing to comply with said final judgment.

*Noah Davis* for appellant.

*Albert B. Boardman* for respondents.

Agree to affirm; no opinion.
All concur.
Orders affirmed.

----

DANIEL B. CHILDS et al., Respondents, *v.* GEORGE B. SEABURY, Impleaded, etc., Appellant.

(Argued April 27, 1888; decided June 12, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 14, 1886, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Roger A. Pryor* for appellant.

*William G. Choate* for respondents.

Agree to affirm; no opinion.
All concur, except EARL, J., who reads dissenting opinion; RUGER, Ch. J., who concurs therewith, and ANDREWS, J., who takes no part.
Judgment affirmed.